| PROB.22 (Rev. 2/88) TRANSFER OF JURISDICTION | | DOCKET NUMBER (Tran. Court) 3:03-CR-94-J-20TEM | |
|---|---|---|---|
| | | DOCKET NUMBER (Rec. Court) CR 07-082-01 ML | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Carlos Mario Quiceno-Velasquez | DISTRICT<br>MIDDLE FLORIDA | DIVISION<br>JACKSONVILLE | |
| | NAME OF SENTENCING JUDGE<br>Harvey E. Schlesinger | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM:<br>January 7, 2007 | TO:<br>January 6, 2012 |
| OFFENSE<br>Conspiracy to Distribute One Kilogram or More of Heroin | | | |

FILED MAY 2 9 2007 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

FILED 2007 MAY 21 PM 2:54 CLERK, U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE FLORIDA

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **MIDDLE FLORIDA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF RHODE ISLAND** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

3.21.07 — *Date*

[signature] — *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/14/07 — *Date*

Mary M. Lisi — *Chief United States District Judge*

CERTIFIED A TRUE COPY
SHERYL L. LOESCH. CLERK
U. S. DISTRICT COURT
By: [signature]
Deputy Clerk