FILED
2003 MAR 26 P 3:54
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CARLOS MARIO QUICENO-VELASQUEZ
OMAR GONZALEZ
CRISTINA MARIA PULGARIN

| | |
|---|---|
| Case No. | 3:03-cr-94-J-20TEM |
| Ct. 1: | 21 U.S.C. §§ 846 & 841(b)(1)(A) |
| Ct. 2: | 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) & 18 U.S.C. § 2 |
| Forfeiture: | 21 U.S.C. 853 |

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

From on or about March 16, 2003 through on or about March 25, 2003 at Jacksonville and Orlando, in the Middle District of Florida, and elsewhere,

CARLOS MARIO QUICENO-VELASQUEZ
OMAR GONZALEZ
CRISTINA MARIA PULGARIN

defendants herein, did knowingly, willfully, and intentionally combine, conspire, confederate and agree with each other and with other persons who are known and unknown to the grand jury, to distribute heroin, a Schedule I controlled substance, the amount of the heroin being 1 kilogram or more, in violation of Title 21, United States Code, Section 841(a)(1).

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U. S. DISTRICT COURT
By: ____________
Deputy Clerk

SCANNED

(✓) COPIES DISTRIBUTED

9

It was part of the conspiracy that the defendants would perform acts and make statements to hide and conceal and cause to be hidden and concealed, the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

**COUNT TWO**

On or about March 24, 2003, at Jacksonville and Orlando, in the Middle District of Florida, and elsewhere,

CARLOS MARIO QUICENO-VELASQUEZ
OMAR GONZALEZ
CRISTINA MARIA PULGARIN

defendants herein, did knowingly, willfully, and intentionally possess, cause to be possessed, and aid and abet the possession of, with intent to distribute, heroin, a Schedule I controlled substance, the amount of the heroin being 1 kilogram or more.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

**FORFEITURES**

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 21, United States Code, Section 853.

2. From there engagement in the violations alleged in Counts One and Two of this Indictment, each punishable by imprisonment for more than one year, the defendants,

CARLOS MARIO QUICENO-VELASQUEZ
OMAR GONZALEZ
CRISTINA MARIA PULGARIN

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

a. Property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violations; and

b. Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p).

A TRUE BILL

FOREPERSON

PAUL I. PEREZ
United States Attorney

D. RODNEY BROWN
Assistant United States Attorney

JULIE HACKENBERRY SAVELL
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No.

**UNITED STATES DISTRICT COURT**

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

CARLOS MARIO QUICENO-VELASQUEZ
OMAR GONZALEZ
CRISTINA MARIA PULGARIN

**INDICTMENT**

Violations:

| | |
|---|---|
| Ct. 1: | 21 U.S.C. §§ 846 & 841(b)(1)(A) |
| Ct. 2: | 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) & 18 U.S.C. § 2 |

A true bill,

Brad T. Beshure

Foreperson

Filed in open court this 26th day

of March, A.D. 2003.

Winifred E. Beasley

Deputy Clerk

Bail $