APPEAL, CLOSED, PRIOR, TEM

# U.S. District Court
# Middle District of Florida (Jacksonville)
# CRIMINAL DOCKET FOR CASE #: 3:03-cr-00094-HES-1
# Internal Use Only

Case title: USA v. Quiceno-Velasquez, et al

Date Filed: 03/26/2003
Date Terminated: 10/02/2003

---

Assigned to: Judge Harvey E. Schlesinger

**Defendant**

**Carlos Mario Quiceno-Velasquez** (1)
*Fugitive*
*TERMINATED: 10/02/2003*

represented by **William Charles Fletcher**
Selinger & Fletcher
Suite 1020
233 E Bay St
Jacksonville, FL 32202
904/598-0900
Fax: 904/598-0905
Email: chuck@selingerfletcher.com
*TERMINATED: 10/02/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| 21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE (1) | Imprisonment: 63 months; Supervised Release: 60 months; Speical Assessment: $100.00 |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| 21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE (2) | Dismissed on government motion |

**Highest Offense Level (Terminated)**

Felony

CERTIFIED A TRUE COPY
SHERYL L. LOESCH. CLERK
U. S. DISTRICT COURT
By: [signature]
Deputy Clerk

| Complaints | Disposition |
|---|---|

None

**Plaintiff**

**United States of America** represented by **David Rodney Brown**
U.S. Attorney's Office
Middle District of Florida
Suite 700
300 N Hogan St
Jacksonville, FL 32202
904/301-6300
Email: rodney.brown@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2003 | 9 | INDICTMENT as to Carlos Mario Quiceno-Velasquez (1) count(s) 1, 2, Omar Gonzalez (2) count(s) 1, 2, Cristina Maria Pulgarin (3) count(s) 1, 2 (pam) (Entered: 03/31/2003) |
| 03/26/2003 | | (Court only) **ADDED government attorney David Rodney Brown (pam) (Entered: 03/31/2003) |
| 03/26/2003 | 10 | MOTION by USA for issuance of Capias as to Carlos Mario Quiceno-Velasquez Referred to Magistrate Judge Thomas E. Morris (pam) (Entered: 03/31/2003) |
| 03/26/2003 | | MAGISTRATE JUDGE CASE ASSIGNMENT Magistrate assigned: Thomas E. Morris (pam) (Entered: 03/31/2003) |
| 03/26/2003 | 11 | ORDER granting [10-1] motion for issuance of Capias as to Carlos Mario Quiceno-Velasquez (1) ( Signed by Magistrate Judge Thomas E. Morris ) ctc (pam) (Entered: 03/31/2003) |
| 03/27/2003 | 12 | WARRANT ( Arrest) issued as to Carlos Mario Quiceno-Velasquez (pam) (Entered: 03/31/2003) |
| 03/31/2003 | | (Court only) **Reset last document number to 8 [ 3:03-m -90 ] (sms) (Entered: 03/31/2003) |
| 04/01/2003 | | ARREST of Carlos Mario Quiceno-Velasquez (pam) (Entered: 04/08/2003) |
| 04/01/2003 | 17 | INITIAL APPEARANCE held on 04/01/03 before Magistrate Judge Thomas E. Morris as to Carlos Mario Quiceno-Velasquez Tape: Digital; Defendant(s) informed of rights. (pam) Modified on 04/08/2003 (Entered: 04/08/2003) |
| 04/01/2003 | | ORAL MOTION in open court by USA as to Carlos Mario Quiceno-Velasquez for detention referred to Magistrate Judge Thomas E. Morris (pam) (Entered: 04/08/2003) |

| | | |
|---|---|---|
| 04/01/2003 | | ORAL JOINT MOTION by Carlos Mario Quiceno-Velasquez, USA as to Carlos Mario Quiceno-Velasquez to continue detention referred to Magistrate Judge Thomas E. Morris (pam) Modified on 04/08/2003 (Entered: 04/08/2003) |
| 04/07/2003 | 33 | ARRAIGNMENT held on 04/07/03 as to Carlos Mario Quiceno-Velasquez . Defendant(s) pled not guilty before Magistrate Judge Thomas E. Morris Court Reporter: Digital (pam) (Entered: 04/15/2003) |
| 04/07/2003 | 33 | DETENTION HEARING held on 04/07/03 before Magistrate Judge Thomas E. Morris as to Carlos Mario Quiceno-Velasquez Court Reporter: Tape: Digital (pam) (Entered: 04/15/2003) |
| 04/07/2003 | | ORAL MOTION in open court by USA as to Carlos Mario Quiceno-Velasquez for detention referred to Magistrate Judge Thomas E. Morris (pam) (Entered: 04/15/2003) |
| 04/07/2003 | | ORAL ORDER as to Carlos Mario Quiceno-Velasquez granting [0-0] oral motion for detention as to Carlos Mario Quiceno-Velasquez (1) ( Entered by Magistrate Judge Thomas E. Morris ) (pam) (Entered: 04/15/2003) |
| 04/07/2003 | 34 | NOTICE of acceptance of general discovery by Carlos Mario Quiceno-Velasquez as to Carlos Mario Quiceno-Velasquez (Filed in Open Court) (pam) (Entered: 04/15/2003) |
| 04/08/2003 | 21 | CJA 20 as to Carlos Mario Quiceno-Velasquez appointing attorney William Charles Fletcher ( Signed by Deputy Clerk ) (pam) (Entered: 04/08/2003) |
| 04/08/2003 | 26 | ORDER: William C. Fletcher, Esquire is hereby appointed to represent the defendant as to Carlos Mario Quiceno-Velasquez ( Signed by Magistrate Judge Thomas E. Morris ) ctc (pam) (Entered: 04/08/2003) |
| 04/08/2003 | 27 | ORDER of temporary detention as to Carlos Mario Quiceno-Velasquez Detention Hearing set for 4/7/03; granting [0-1] oral joint motion to continue detention/arrignment as to Carlos Mario Quiceno-Velasquez (1) Scheduled for Magistrate Judge Thomas E. Morris ( Signed by Magistrate Judge Thomas E. Morris ) ctc (pam) Modified on 04/08/2003 (Entered: 04/08/2003) |
| 04/09/2003 | 31 | WARRANT ( arrest) returned executed as to Carlos Mario Quiceno-Velasquez on 4/1/03 (pam) (Entered: 04/09/2003) |
| 04/15/2003 | 35 | STANDING ORDER as to Carlos Mario Quiceno-Velasquez setting Jury Trial for trial term commencing 9:30 6/2/03; Status Conference for 9:30 5/23/03; Motion Filing deadline on 4/21/03; Discovery cutoff 4/21/03; Scheduled for Judge Harvey E. Schlesinger ( Signed by Clerk ) ctc (pam) (Entered: 04/15/2003) |
| 04/15/2003 | 36 | ORDER of detention pending trial as to Carlos Mario Quiceno-Velasquez Detention Hearing set for 4/7/03 Scheduled for Magistrate Judge Thomas E. Morris ( Signed by Magistrate Judge Thomas E. Morris ) ctc (pam) (Entered: 04/15/2003) |

| | | |
|---|---|---|
| 04/17/2003 | | (Court only) **TERMINATED document(s) as to Carlos Mario Quiceno-Velasquez : terminating [0-0] oral motion for detention as to Carlos Mario Quiceno-Velasquez (1); see order #36 (per chambers) (sms) (Entered: 04/17/2003) |
| 05/19/2003 | 44 | PLEA AGREEMENT as to Carlos Mario Quiceno-Velasquez (pam) (Entered: 05/19/2003) |
| 05/19/2003 | 45 | NOTICE OF HEARING:, Set change of plea hearing for 11:00 5/22/03 for Carlos Mario Quiceno-Velasquez scheduled for Magistrate Judge Thomas E. Morris ( Signed by Deputy Clerk ) ctc (pam) (Entered: 05/19/2003) |
| 05/22/2003 | 49 | CHANGE OF PLEA HEARING held before Magistrate Judge Thomas E. Morris, guilty plea proffered as to Carlos Mario Quiceno-Velasquez (1) count(s) 1 (pam) (Entered: 05/27/2003) |
| 05/22/2003 | 50 | CONSENT regarding entry of a plea of guilty by Carlos Mario Quiceno-Velasquez (Filed in Open Court) (pam) (Entered: 05/27/2003) |
| 05/23/2003 | 51 | REPORT AND RECOMMENDATION concerning plea of guilty as to Carlos Mario Quiceno-Velasquez ( Signed by Magistrate Judge Thomas E. Morris ) ctc (pam) (Entered: 05/27/2003) |
| 05/27/2003 | 52 | CJA 21 Voucher # JAX 2103-015 authorizing payment of $ 99.36 to William Charles Fletcher for expert services as to Carlos Mario Quiceno-Velasquez ( Signed by Judge Harvey E. Schlesinger ) (pam) (Entered: 05/27/2003) |
| 05/27/2003 | 53 | CJA 21 Voucher # JAX 2103-015-S1 authorizing payment of $ 144.36 to William Charles Fletcher for expert services as to Carlos Mario Quiceno-Velasquez ( Signed by Judge Harvey E. Schlesinger ) (pam) (Entered: 05/27/2003) |
| 06/02/2003 | 55 | ACCEPTANCE OF PLEA of guilty and adjudication of guilt as to Carlos Mario Quiceno-Velasquez re: , Carlos Mario Quiceno-Velasquez (1) count(s) 1; Sentencing set for 2:00 8/25/03 for Carlos Mario Quiceno-Velasquez Scheduled for Judge Harvey E. Schlesinger ( Signed by Judge Harvey E. Schlesinger ) ctc (lrb) (Entered: 06/03/2003) |
| 07/03/2003 | 63 | CJA 21 Voucher # JAX2103-015-83 authorizing payment of $ 159.36 to William C. Fletcher for expert services as to Carlos Mario Quiceno-Velasquez ( Signed by Judge Harvey E. Schlesinger ) (pam) (Entered: 07/03/2003) |
| 07/03/2003 | 64 | CJA 21 Voucher # JAX2103-015-S4 authorizing payment of $ 99.36 to William Fletcher for expert services as to Carlos Mario Quiceno-Velasquez ( Signed by Judge Harvey E. Schlesinger ) (pam) (Entered: 07/03/2003) |
| 07/03/2003 | 67 | CJA 21 Voucher # JAX2103-015-S2 authorizing payment of $ 174.36 to William C. Fletcher for expert services as to Carlos Mario Quiceno-Velasquez ( Signed by Judge Harvey E. Schlesinger ) (pam) (Entered: 07/03/2003) |

| | | |
|---|---|---|
| 08/18/2003 | 74 | NOTICE OF RESCHEDULING HEARING: reset sentencing for 1:30 9/19/03 for Carlos Mario Quiceno-Velasquez, for Omar Gonzalez scheduled for Judge Harvey E. Schlesinger ( Signed by Deputy Clerk ) ctc (lrb) (Entered: 08/19/2003) |
| 08/25/2003 | 75 | NOTICE OF HEARING: Reset sentencing for 9:30 10/2/03 for Carlos Mario Quiceno-Velasquez, for Omar Gonzalez scheduled for Judge Harvey E. Schlesinger ( Signed by Deputy Clerk ) ctc (pam) (Entered: 08/25/2003) |
| 09/15/2003 | 76 | CJA 21 Voucher # JAX2103-015-85 authorizing payment of $ 99.36 to William C. Fletcher for expert services as to Carlos Mario Quiceno-Velasquez ( Signed by Judge Harvey E. Schlesinger ) (pam) (Entered: 09/15/2003) |
| 09/25/2003 | 78 | MOTION by USA for downward departure as to Carlos Mario Quiceno-Velasquez (lrb) (Entered: 09/26/2003) |
| 09/29/2003 | 80 | CJA 21 Voucher # JAX2103-015 authorizing payment of $ 99.36 to Yolanda M. Vargas for expert services as to Carlos Mario Quiceno-Velasquez ( Signed by Judge Harvey E. Schlesinger ) (lrb) (Entered: 09/29/2003) |
| 10/02/2003 | 81 | SENTENCING held on 10/02/03 before Judge Harvey E. Schlesinger, as to Carlos Mario Quiceno-Velasquez (1) count(s) 1. Imprisonment: 63 months; Supervised Release: 60 months; Special Assessment: $100.00 , Count(s) disposed: Carlos Mario Quiceno-Velasquez (1) count(s) 2. Dismissed government motion ; Court recommends an institution close as possible to Rhode Island; Defendant is remanded to the custody of the USM; Court Reporter: Evelyn Alderman (pam) (Entered: 10/02/2003) |
| 10/02/2003 | 82 | JUDGMENT as to Carlos Mario Quiceno-Velasquez ( Signed by Judge Harvey E. Schlesinger ) ctc (pam) (Entered: 10/02/2003) |
| 10/02/2003 | | ORAL ORDER granting [78-1] motion for downward departure as to Carlos Mario Quiceno-Velasquez (1) ( Entered by Judge Harvey E. Schlesinger ) (pam) (Entered: 10/29/2003) |
| 11/21/2003 | 89 | CJA 21 Voucher # JAX2103-015S17 authorizing payment of $ 120.00 to William C. Fletcher for expert services as to Carlos Mario Quiceno-Velasquez ( Signed by Judge Harvey E. Schlesinger ) (pam) (Entered: 11/24/2003) |
| 11/21/2003 | 90 | CJA 20 voucher # JAX2003-137 authorizing payment of $ 5,200.00 to William Charles Fletcher for defendant Carlos Mario Quiceno-Velasquez ( Signed by Judge Harvey E. Schlesinger ) (pam) (Entered: 11/24/2003) |
| 02/03/2004 | | (Court only) CASE CLOSED as to Carlos Mario Quiceno-Velasquez, Omar Gonzalez, Cristina Maria Pulgarin (all defendants). (lrb) (Entered: 02/03/2004) |
| 02/24/2004 | | NOTICE assigning 11th Circuit case number re: [97-1] appeal USCA #: 04-10770-E (seg) (Entered: 02/24/2004) |

| | | |
|---|---|---|
| 05/21/2007 | 110 | TRANSFER of jurisdiction to District of Rhode Island (Providence Division) as to Carlos Mario Quiceno-Velasquez Transmitted transfer of jurisdiction form, with certified copies of indictment, judgment and docket sheet. (PAM ) (Entered: 05/23/2007) |
| 05/23/2007 | | (Court only) ***COPIES mailed to U.S. District of Rhode Island (Providence Division )as to Carlos Mario Quiceno-Velasquez re 110 Transfer of jurisdiction-probation out (PAM ) (with certified copy of docket sheet, indictment and transmittal letter) (Entered: 05/23/2007) |